JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTAL JOHNSON, et al<br><br>PLAINTIFF(S)<br>v.<br>CITY OF LOS ANGELES, et al<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:20-cv-05715-RGK-SHK<br><br>**JUDGMENT ON THE VERDICT<br>FOR THE PLAINTIFF(S)** |

This action came on for jury trial, the Honorable  R. GARY KLAUSNER  District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Mariyon Williams

recover of the defendant(s):

Cory Meisner and Brandon Bolen

the sum of  $75,000.00 , with interest thereon at the legal rate as provided by the law, and its costs of action, taxed in the sum of  to be determined upon an  application for Bill of Costs.

Clerk, U. S. District Court

Dated:  August 16, 2021

By  S. Williams
Deputy Clerk

At:  Los Angeles, CA

cc: *Counsel of record*

CV-49 (05/98)            JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S)